IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOSE HERNANDEZ**                                                                                          **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 5:16-CV-57-KS-MTP**

**MANAGEMENT & TRAINING CORP., et al.**                                               **DEFENDANTS**

## JUDGMENT

In accordance with Federal Rule of Civil Procedure 58 and this Court's previous Order, the Court enters this Final Judgment in favor of Defendants. Plaintiff's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, on this, the 22nd day of November, 2017.

*/s/ Keith Starrett*
KEITH STARRETT
UNITED STATES DISTRICT JUDGE